**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 18, 2019**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

IBRAHIM SAWANEH,

    Petitioner,

v.

WILLIAM P. BARR, United States
Attorney General,

    Respondent.

No. 19-9518
(Petition for Review)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **LUCERO**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

Ibrahim Sawaneh has filed a pro se petition for review from a Board of

Immigration Appeals' decision denying his requests for asylum, withholding of

removal, and relief under the Convention Against Torture. The Board issued its

decision on February 21, 2019. Mr. Sawaneh's petition for review was due in this

court within 30 days of the Board's decision. *See* 8 U.S.C. § 1252(b)(1) ("The

petition for review must be filed not later than 30 days after the date of the final order

of removal."). Mr. Sawaneh did not file his petition for review until April 11, 2019,

which was 49 days after the Board issued its decision. Mr. Sawaneh's petition for

_____

[*] This order and judgment is not binding precedent, except under the doctrines
of law of the case, res judicata, and collateral estoppel. It may be cited, however, for
its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

review is therefore untimely.  The filing of a timely petition for review is "mandatory and jurisdictional; it is not subject to equitable tolling."  *Gonzalez-Alarcon v. Macias*, 884 F.3d 1266, 1271 (10th Cir. 2018).  Accordingly, we dismiss Mr. Sawaneh's untimely petition for review for lack of jurisdiction.  We deny as moot Mr. Sawaneh's motion for a stay of removal pending appeal.

Entered for the Court
Per Curiam